**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:11cr10**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JAMES W. "BILL" BAILEY, JR.** | ) | |
| ———————————————— | ) | |

**THIS MATTER** is before the Court on the Government's Motion for

Order Permitting Defendant to Execute Documents [Doc. 259].

For cause shown, the Court will grant the Government's Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's

Motion [Doc. 259] is **GRANTED**, and the Defendant is authorized to

execute the documents necessary to resign as manager of the James N.

St. Clair Real Estate IRA, LLC and to appoint Petitioner James N. St. Clair,

Sr. as manager of the James N. St. Clair Real Estate IRA, LLC.

**IT IS SO ORDERED**.

Signed: August 19, 2011

Martin Reidinger
United States District Judge