# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court on the Government's Motion for Order Permitting Defendant to Enter Into Auction Agreement [Doc. 293]. The Defendant does not oppose the Government's Motion.

For cause shown, the Government's Motion will be allowed.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Order Permitting Defendant to Enter Into Auction Agreement [Doc. 293] is **ALLOWED**, and the Defendant is hereby permitted to enter into an auction agreement whereby net sale proceeds derived from liquidation of his personal properties shall be deposited into and held in escrow in an account of defense counsel for ultimate payment towards Defendant's restitution obligation.

**IT IS SO ORDERED**.

Signed: October 28, 2011

Martin Reidinger
United States District Judge