# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

# CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner James R. Fatland's "Motion for Relief from Stay to Permit Filing of Petition of James R. Fatland Pursuant to 21 U.S.C. § 853(n)" [Doc. 294]. While not opposing the Petitioner's motion, the Government requests an opportunity at the appropriate time to respond to and/or move to strike the petition. [Doc. 298].

For cause shown, the Court will allow the Petitioner's motion. Once the stay is lifted, the Government will be given the opportunity to respond to and/or move to strike the petition.

**IT IS, THEREFORE, ORDERED** Petitioner James R. Fatland's "Motion for Relief from Stay to Permit Filing of Petition of James R. Fatland Pursuant to 21 U.S.C. § 853(n)" [Doc. 294] is **ALLOWED**.

**IT IS SO ORDERED**.

Signed: October 28, 2011

Martin Reidinger
United States District Judge