# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court on the Motion [Doc. 297] of Claimants Krystal and David Bottom to modify the Protective Order in this matter [Doc. 228] so as to allow the Claimants to disclose documents subject to such Order to their accountant, who is conducting an expert forensic analysis on their behalf. The Claimants represent that the Government takes no position on the matter.

For cause shown, the Claimants' Motion will be allowed.

**IT IS, THEREFORE, ORDERED** that the Motion [Doc. 297] of Claimants Krystal and David Bottom is **ALLOWED**, and the Protective Order [Doc. 228] is hereby modified so as to allow these Claimants to disclose documents subject to the Protective Order to their forensic accountant, provided that the

accountant maintains the confidentiality of such documents and agrees to be bound by the terms of the Protective Order.

**IT IS SO ORDERED**.

Signed: October 28, 2011

Martin Reidinger
United States District Judge