THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:11cr10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JAMES W. "BILL" BAILEY, JR. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Lift Stay for Limited Purpose of Filing Supplemental Brief [Doc. 303].

By entry of a separate Order, the Court has lifted the stay previously imposed in this case. Accordingly, the Government's motion is moot.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Lift Stay for Limited Purpose of Filing Supplemental Brief [Doc. 303] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: November 10, 2011

Martin Reidinger
United States District Judge