IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CR 10

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| V | ) | **ORDER** |
| JAMES W. BAILEY, JR., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court pursuant to an Application for Admission to Practice *Pro Hac Vice* (#310) filed by Kirsten Elena Small requesting admission of James D. Galyean. In the application Ms. Small has stated that Mr. Galyean will be representing "16 Sage Automotive Shareholders (Claimants)". Such a description is not sufficient. The application will be denied without prejudice. The court will allow Ms. Small to file an amended application setting forth specifically the names of each one of the clients or claimants Mr. Galyean will be representing in this case.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#310) is **DENIED** without prejudice.

Signed: December 6, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge