# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:11 CR 10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| JAMES W. BAILEY, JR., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Kirsten Elena Small's Application for Admission to Practice *Pro Hac Vice* of James D. Galyean. It appearing that James D. Galyean is a member in good standing with the South Carolina State Bar and will be appearing with Kirsten Elena Small, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Kirsten Elena Small's Application for Admission to Practice *Pro Hac Vice* (#312) of James D. Galyean is **GRANTED**, and that James D. Galyean is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Kirsten Elena Small as to all claimants listed in the Application for Admission.

Signed: December 7, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge