# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **JAMES W. "BILL" BAILEY, JR.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Property from Consent Order and Judgment of Forfeiture. [Doc. 332].

For cause shown, the Court will grant the Government's Motion.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 332] is **GRANTED** and paragraph VI-p of the Consent Order and Judgment of Forfeiture [Doc. 16] is hereby deleted and the following property is dismissed from the Consent Order:

> "The real property at Soap Stone Ridge Road, Bakersville, North Carolina, more particularly described in Mitchell County Register of Deeds Book 460, Page 187."

**IT IS SO ORDERED**.

Signed: March 8, 2012

Martin Reidinger
United States District Judge