# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The deadline for the filing of dispositive motions in the ancillary forfeiture proceedings recently passed. As a result, the Court has received nearly 100 filings in the past few days. A cursory review of these filings reveals that some exhibits have been filed which contain personal data identifiers. In order to promote electronic access to the case file while also protecting personal privacy and other legitimate interests, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall review their dispositive motion filings and either omit or, where inclusion is necessary, partially redact any personal data identifiers from such pleadings, documents, and exhibits, in accordance with Section II(I) of the Court's Administrative

Procedures Governing Filing and Service by Electronic Means.[1]  If redaction of any filings is necessary, counsel is instructed to contact the Clerk's Office and follow the Clerk's instructions on the proper procedure for re-filing such documents.

**IT IS SO ORDERED**.

Signed: April 24, 2012

Martin Reidinger
United States District Judge

---

[1] The parties may access the Court's <u>Administrative Procedures Governing Filing and Service by Electronic Means</u> through the Court's website, www.ncwd.uscourts.gov.