THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:11cr10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JAMES W. "BILL" BAILEY, JR. | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Accept Early Payment of Fine and Restitution [Doc. 551].

For the reasons stated in the parties' Motion, and for cause shown, the Motion will be granted.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Accept Early Payment of Fine and Restitution [Doc. 551] is **GRANTED**. The Clerk of Court is **DIRECTED** to accept prejudgment restitution payments in this case and to deposit any such funds into a non-interest bearing account until further Order of the Court.

**IT IS SO ORDERED**.

Signed: May 30, 2012

Martin Reidinger
United States District Judge