# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Court desires the Government and the Defendant to brief the issue of whether the Defendant's sentencing can proceed before the final resolution of the forfeiture issues in this matter.

**IT IS, THEREFORE, ORDERED** that on or before **August 31, 2012,** the Government and the Defendant shall submit briefs on the issue of whether the Defendant's sentencing can proceed before the final resolution of the forfeiture issues in this matter. Such briefs shall not exceed ten (10) pages in length and shall be double spaced and in fourteen (14) point font.

**IT IS SO ORDERED**.

Signed: August 17, 2012

Martin Reidinger
United States District Judge