THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:11cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES W. "BILL" BAILEY, JR. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Clarify Memorandum of Decision and Order [Doc. 359].

Upon review of the Court's Memorandum of Decision and Order [Doc. 331], the Court finds that the directives of the Order are clear and that clarification is not necessary.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Clarify Memorandum of Decision and Order [Doc. 359] is **DENIED**.

**IT IS SO ORDERED**.

Signed: October 9, 2012

Martin Reidinger
United States District Judge